IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF NAT'L ELEVATOR, et al. : CIVIL ACTION
:
:
v. :
:
IMPERIAL ELEVATOR SERVICE, INC., et al. : NO. 10-cv-02592

JUDGMENT ORDER

AND NOW, this 29th day of July 2013, upon consideration of Plaintiffs' unopposed Motion for Summary Judgment[1] (Doc. No. 30) and the attached Exhibits, it is hereby ORDERED that the motion is GRANTED and judgment is entered in favor of the Plaintiffs and against Defendant Imperial Elevator Service Inc. dba Barnard Elevator Company for the following obligations and amounts:

| | |
|---|---:|
| Contributions owed for June 2010 to September 2010, November 2010, February 2011, March 2011, and May 2011 | $110,917.50 |
| Estimated contributions for the period of March 2011, May 2011–May 2012 | $199,348.90 |
| Audit contributions for the period of January 1, 2007–December 31, 2008 | $ 31,934.22 |
| Audit accrued interest | $  4,154.43 |
| Unremitted 401(k) deferrals | $    252.15 |
| Unpaid balance of the prior settlement agreement | $  2,724.62 |
| Liquidated damages | $ 62,815.41 |
| Interest | $ 13,511.93 |
| Attorney's Fees | $ 15,760.00 |
| Costs | $    464.10 |
| **Total Amounts Due** | **$441,883.26** |

---

[1] The instant motion includes a motion for attorney's fees and costs. (Pls.' Mot. 20–27, Doc. No. 30).

1

Therefore, judgment is hereby entered against Defendant Imperial Elevator Service Inc. dba Barnard Elevator Company in the amount of $441,883.26.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.